UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 0:24-cv-61734-MD

JENNIFER HEATH BOX

    Plaintiff,

v.

BROWARD COUNTY, FLORIDA, ET AL.

    Defendants.
_____/

### UNOPPOSED MOTION OF JUSTIN M. PEARSON TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Pursuant to Local Rule 11.1(d)(3)(A), Justin M. Pearson hereby files this Unopposed Motion to Withdraw as Counsel for Plaintiff Jennifer Heath Box as follows:

1. The undersigned, Justin M. Pearson, is one of four attorneys representing the Plaintiff.

2. All four of the attorneys representing the Plaintiff work at the same law firm.

3. Due to the manner in which the responsibilities for this and other cases have evolved, it is now clear that the other three attorneys for the Plaintiff, instead of the undersigned, will be handling all of the responsibilities for this case.

4. Katrin Marquez, Jared A. McClain, and Bobbi M. Taylor, of the Institute for Justice, remain as counsel for Plaintiff and may continue to be served at the addresses noted below in the signature block.

5. The undersigned has conferred with the Plaintiff, and the Plaintiff does not object to this motion.

1

WHEREFORE, undersigned counsel respectfully requests that this Court grant this motion to withdrawal and permit undersigned to withdraw as counsel.

## CERTIFICATION OF CONFERENCE WITH COUNSEL

Pursuant to Local Rule 7.1(a)(2), the undersigned has conferred with the Defendants' counsel and has been informed by the Defendants' counsel that they do not oppose this motion.

Date: December 13, 2024

Respectfully submitted,
/s/ *Justin M. Pearson*
Justin M. Pearson (FL Bar ID No. 597791)
Katrin Marquez (FL Bar ID No. 1024765)
Email: jpearson@ij.org, kmarquez@ij.org
INSTITUTE FOR JUSTICE
2 Biscayne Blvd., Suite 3180
Miami, FL 33131
(305) 721-1600

Jared A. McClain* (DC Bar No. 1720062)
Bobbi M. Taylor* (NJ Bar No. 435162023)
Email: jmcclain@ij.org; btaylor@ij.org
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, VA 22203
Tel: (703) 682-9320

*Attorneys for Plaintiff Jennifer Heath Box*
*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will provide electronic service upon all attorneys of record.

/s/ Justin M. Pearson