AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JENNIFER HEATH BOX

*Plaintiff(s)*

v.

BROWARD COUNTY, FLORIDA, ET AL.

*Defendant(s)*

Civil Action No.  0:24-cv-61734

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Broward County Sheriff's Deputy Peter Peraza
Broward County Sheriff's Office
2601 West Broward Boulevard
Fort Lauderdale, FL 33312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Katrin Marquez | Jared A. McClain |
| Institute for Justice | Bobbi M. Taylor |
| 2 South Biscayne Blvd., | Institute for Justice |
| Suite 3180 | 901 North Glebe Rd., |
| Miami, FL 33131 | Suite 900 |
| | Arlington, VA 22203 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 7, 2025



Angela E. Noble
Clerk of Court

SUMMONS

s/ C. A. Weech
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JENNIFER HEATH BOX <br><br> *Plaintiff(s)* <br> v. <br> BROWARD COUNTY, FLORIDA, ET AL. <br><br> *Defendant(s)* | Civil Action No. 0:24-cv-61734 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Broward County Sheriff's Deputy Monica Jean
Broward County Sheriff's Office
2601 West Broward Boulevard
Fort Lauderdale, FL 33312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Katrin Marquez           Jared A. McClain
Institute for Justice     Bobbi M. Taylor
2 South Biscayne Blvd.,  Institute for Justice
Suite 3180               901 North Glebe Rd.,
Miami, FL 33131          Suite 900
                         Arlington, VA 22203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Jan 7, 2025

s/ C. A. Weech
Deputy Clerk
U.S. District Courts

**SUMMONS**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| JENNIFER HEATH BOX | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  0:24-cv-61734 |
| BROWARD COUNTY, FLORIDA, ET AL. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Broward County Booking Officer Jasmine Hines
c/o Broward County Sheriff's Office Department of Detention and Community Programs
555 SE 1st Avenue
Fort Lauderdale, FL 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Katrin Marquez                     Jared A. McClain
Institute for Justice              Bobbi M. Taylor
2 South Biscayne Blvd.,            Institute for Justice
Suite 3180                         901 North Glebe Rd.,
Miami, FL 33131                    Suite 900
                                   Arlington, VA 22203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 7, 2025

Angela E. Noble
Clerk of Court



**SUMMONS**

s/ C. A. Weech
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JENNIFER HEATH BOX<br><br>*Plaintiff(s)*<br>v.<br>BROWARD COUNTY, FLORIDA, ET AL.<br><br>*Defendant(s)* | Civil Action No. 0:24-cv-61734 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Broward County Corrections Specialist Anthony Thorpe
c/o Broward County Sheriff's Office Department of Detention and Community Programs
555 SE 1st Avenue
Fort Lauderdale, FL 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Katrin Marquez                    Jared A. McClain
Institute for Justice             Bobbi M. Taylor
2 South Biscayne Blvd.,           Institute for Justice
Suite 3180                        901 North Glebe Rd.,
Miami, FL 33131                   Suite 900
                                  Arlington, VA 22203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Angela E. Noble
Clerk of Court

Date: Jan 7, 2025

s/ C. A. Weech
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JENNIFER HEATH BOX

*Plaintiff(s)*

v.   Civil Action No.  0:24-cv-61734

BROWARD COUNTY, FLORIDA, ET AL.

*Defendant(s)*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Broward County Sheriff Dr. Gregory Tony
Broward Sheriff's Office
2601 West Broward Boulevard
Fort Lauderdale, FL 33312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Katrin Marquez | Jared A. McClain |
| Institute for Justice | Bobbi M. Taylor |
| 2 South Biscayne Blvd., | Institute for Justice |
| Suite 3180 | 901 North Glebe Rd., |
| Miami, FL 33131 | Suite 900 |
| | Arlington, VA 22203 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:  Jan 7, 2025

Angela E. Noble
Clerk of Court

SUMMONS

s/ C. A. Weech
Deputy Clerk
U.S. District Courts