UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 0:24-cv-61734-MD

JENNIFER HEATH BOX,

        Plaintiffs,

v.

BROWARD COUNTY, FLORIDA; BROWARD
COUNTY SHERIFF'S DEPUTY PETER PERAZA;
BROWARD COUNTY SHERIFF'S DEPUTY
MONICA JEAN; BROWARD COUNTY BOOKING
OFFICER, JANE DOE (BSO ID NO. BS15913;
BROWARD COUNTY CORRECTIONS SPECIALIST,
(First Name Unknown) THORPE; BROWARD
COUNTY CORRECTIONS OFFICER, JOHN DOE,

        Defendants.
_____/

## STIPULATION OF PROPER SERVICE OF PROCESS AND NOTICE OF AGREEMENT OF PARTIES REGARDING RESPONSE TO AMENDED COMPLAINT

Defendants' undersigned counsel stipulates thusly:

1. The undersigned previously agreed to accept service of process on behalf of all named defendants, to wit: BROWARD COUNTY SHERIFF GREGORY TONY, ETC.; BROWARD COUNTY SHERIFF'S DEPUTY PETER PERAZA; BROWARD COUNTY SHERIFF'S DEPUTY MONICA JEAN; BROWARD COUNTY BOOKING OFFICER JASMINE HINES; AND BROWARD COUNTY CORRECTIONS SPECIALIST ANTHONY THORPE.

2. On Wednesday, January 8, 2025, the undersigned accepted service of process on behalf of all named defendants. See Summonses [ECF No. 28].

3. Counsel for the parties have agreed to the following filing schedule:

   a. Defendant shall have through **Monday, February 10, 2025,** to respond to the amended complaint [ECF No. 25];

   b. Plaintiff shall have **30 days** from the date defendants file any motion and memorandum directed to amended complaint [ECF No. 25] to respond to the motion; and

   c. Defendants shall have **14 days** from the date plaintiff files any response to file a reply memorandum.

## Certificate of Service

WE CERTIFY that on this 10th of January 2025, we electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. We further certify that we either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non-CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

/s/ Michael R. Piper
Michael R. Piper
Fla. Bar No. 710105
Christopher J. Stearns
Fla. Bar No. 557870
JOHNSON, ANSELMO, MURDOCH
BURKE, PIPER & HOCHMAN, P.A.
***Attorneys for BSO***
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
Tel: 954.463.0100
Fax: 954.463.2444
piper@jambg.com / cintron@jambg.com
andrews@jambg.com
stearns@jambg.com / young@jambg.com

## SERVICE LIST

**Karin Marquez, Esq. (1024765)**
Institute for Justice
**Attorneys for Plaintiff**
2 South Biscayne Blvd., Suite 3180
Miami, FL 33131
Tel: 305.721.1600
jpearson@ij.org
kmarquez@ij.org

*Pro-Hac Vice*
**Jared A. McClain, Esq. (DC: 1720062)**
**Bobbi M. Taylor, Esq. (NJ: 435162023)**
Institute for Justice
**Attorneys for Plaintiff/Petitioner**
901 North Glebe Road, Suite 900
Arlington, VA 22203
Tel: 703.682.9320
jmcclain@ij.org
btaylor@ij.org

**Michael R. Piper, Esq.**
**Christopher J. Stearns, Esq.**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
**Attorneys for Defendants**
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Tel: (954) 463-0100
Fax: (954) 463-2444
piper@jambg.com / stearns@jambg.com