UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 0:24-cv-61734-MD

JENNIFER HEATH BOX

    *Plaintiff,*

v.

BROWARD COUNTY SHERIFF
GREGORY TONY, ET AL.

    *Defendants*.

_____/

## NOTICE OF STRIKING ECF 44

This notice is to inform the Court that Plaintiff Jennifer Heath Box strikes a previous filing, ECF 44, Joint Notice of Mediator Selection.

On Monday, March 31, 2025, the clerk's office notified Plaintiff that she improperly submitted the parties' proposed mediation order without including a notice of the parties' mediator selection.  ECF 45.  Plaintiff filed a corrected version on the docket at ECF 46.  Accordingly, Plaintiff respectfully asks the Court to strike ECF 44 from the docket.

Date: March 31, 2025

                          Respectfully submitted,

                          */s/ Katrin Marquez*
                          Katrin Marquez (FL Bar ID No. 1024765)
                          INSTITUTE FOR JUSTICE
                          2 South Biscayne Blvd., Suite 3180
                          Miami, FL 33131

(305) 721-1600
kmarquez@ij.org

Jared McClain* (DC Bar No. 1720062)
Bobbi Taylor* (NJ Bar No. 435162023)
Tahmineh Dehbozorgi* (DC Bar No. 90030252)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
jmcclain@ij.org; btaylor@ij.org;
tdehbozorgi@ij.org

**Attorneys for Jennifer Heath Box**
*Pro hac vice*

2