UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61734-CIV-DAMIAN/Valle

**JENNIFER HEATH BOX**,

    Plaintiff,

v.

**BROWARD COUNTY SHERIFF,
GREGORY TONY**, *et al.*,

    Defendants.

_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Joshua M. Entin via video conference on **August 13, 2025, at 1:00 P.M.** The parties are reminded that a report of their mediation must be filed within three (3) days thereafter. The parties may not reschedule the mediation without leave of Court.

**DONE AND ORDERED** in Chambers at the Southern District of Florida, this 7th day of April, 2025.

                                                      **MELISSA DAMIAN**
                                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record