UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 24-cv-61734-MD

JENNIFER HEATH BOX,

    Plaintiff,

vs.

BROWARD COUNTY SHERIFF
GREGORY TONY, ET AL.

    Defendants,
_____/

## MEDIATION DISPOSITION REPORT

A mediation conference was conducted at the request of the parties and by Order of the Court, who appeared over Zoom with their counsel on August 13, 2025. This Mediation Disposition Report is hereby submitted to reflect that:

__X____   A settlement was not reached by the Parties and the mediation resulted in an impasse.

Dated this 13th day of August 2025.

Respectfully submitted,

/s/ *Joshua M. Entin*
Joshua M. Entin, Esquire/Mediator
Florida Bar No.: 493724
Entin Law Group, P.A.
1213 S.E. Third Avenue
Ft. Lauderdale, Florida 33301
Tel:   (954) 761-7201
E-Mail: Josh@entinlaw.com

cc: Counsel/Parties of Record