UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 0:24-cv-61734-MD

JENNIFER HEATH BOX

    Plaintiff,

v.

BROWARD COUNTY, FLORIDA, ET AL.

    Defendants.

_____/

### [PROPOSED] JOINT SCHEDULING ORDER

**THIS CAUSE** is before the Court upon the parties' Joint Scheduling Report (ECF 53), following denial in part of Defendants' Motion to Dismiss. It is ORDERED and ADJUDGED as follows:

THIS MATTER is set for trial during the court's two-week trial calendar beginning on August 3, 2026. The **Calendar Call** will be held at 1:30 p.m. on July 29, 2026. The trial and Calendar Call will be held at the United States Federal Building and Courthouse, 299 East Broward Boulevard, Courtroom 205C, Fort Lauderdale, Florida 33301. This case is assigned to the Standard Track pursuant to S.D. Fla. L.R. 16.1(a)(2)(b).

    The parties shall adhere to the following schedule:

1. Any joinder of additional parties or amendments to the pleadings shall be sought no later than 30 days from the close of discovery.

2. Parties shall disclose experts, expert witness summaries, and reports, if any, as required by Fed. R. Civ. P. 26(a)(2) by March 3, 2026.

3. Parties shall exchange rebuttal expert witness summaries, and reports, if any, as required by Fed. R. Civ. P. 26(a)(2) by March 17, 2026.

4. All discovery, including expert discovery shall be completed by April 7, 2026.

5. The parties shall file all dispositive/summary judgment motions no later than May 6, 2026.

6. The parties shall file any other pretrial motions, including motions in limine no later than June 4, 2026.

7. The Court shall endeavor to resolve all pretrial motions no later than 30 days prior to trial.

8. Parties shall exchange Written lists containing the names and addresses of all fact witnesses intended to be called at trial no later than July 20, 2026.

9. The parties shall file a joint pretrial stipulation, proposed jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be no later than July 20, 2026.

10. The Court will conduct a final pretrial conference on July 29, 2026.

11. Electronic versions of documentary exhibits and Certificates of Compliance regarding Admitted Evidence shall be filed on CM/ECF by July 29, 2026.

DONE AND ORDERED in Chambers, at Fort Lauderdale, Broward County, Florida, this _____day of _____, 2025.

_____
MELISSA DAMIAN
U.S. DISTRICT COURT JUDGE