UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-61734-CIV-DAMIAN/Valle

**JENNIFER HEATH BOX**,

    Plaintiff,

v.

**BROWARD COUNTY SHERIFF GREGORY TONY**, *et al.*,

    Defendants.

_____/

**ORDER ON JOINT MOTION TO
AMEND THE SCHEDULING ORDER [ECF NO. 53]**

**THIS CAUSE** is before the Court on the parties' Joint Motion to Amend the Order Setting Trial and Pre-Trial Schedule and Joint Scheduling Report, filed October 1, 2025 [ECF No. 53 (the "Motion")].

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised. Finding good cause shown for the requested enlargements of time and noting the request for extension of pre-trial deadlines and trial period is made jointly, it is hereby

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 53]** is **GRANTED IN PART**. This matter is **RESET** for **Jury Trial** during the Court's two-week trial calendar beginning **July 27, 2026**. Counsel for all parties shall also appear at a **Calendar Call** at **1:30 p.m. on July 22, 2026**. The Trial and Calendar Call will be held at the United States Federal Building and Courthouse, 299 East Broward Boulevard, Courtroom 205C, Fort Lauderdale, Florida 33301.[1]

---

[1] If the Parties prefer, they may file a joint motion requesting that the trial and all other proceedings be held in Miami, Florida. Absent agreement of all parties, the proceedings will remain in Fort Lauderdale.

The parties shall adhere to the following modified schedule:

**February 13, 2026**. The parties shall exchange expert witness summaries or reports.

**February 20, 2026**. The parties shall file all motions to amend pleadings or to join parties.

**February 27, 2026**. The parties shall exchange rebuttal expert witness summaries or reports.

**March 13, 2026**. All discovery, including expert discovery, shall be completed.

**March 27, 2026**. The parties shall file all pre-trial motions, including motions for summary judgment, *Daubert* motions, and motions for a bench trial. Each party is limited to filing one *Daubert* motion. If a party cannot address all evidentiary issues in a 20-page memorandum, it must petition the Court for leave to include additional pages. The parties are reminded that *Daubert* motions must contain the Local Rule 7.1(a)(3) certification. The parties are directed to review the Court's procedure for the filing of summary judgment motions.

**June 4, 2026**. The parties shall file any motions *in limine* (other than *Daubert* motions). Each party is limited to filing one motion *in limine*, which may not, without leave of Court, exceed the page limits allowed by the Rules. The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification.

**June 19, 2026**. The parties shall submit a joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, and proposed jury instructions and verdict form or proposed findings of fact and conclusions of law, as applicable.

All other procedures set forth in the Court's initial Scheduling Order [ECF No. 40], including the referral to the Magistrate Judge, remain in full force and effect.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 6th day of October, 2025.

---
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**