**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-61734-CIV-DAMIAN/Strauss**

**JENNIFER HEATH BOX**,

Plaintiff,

v.

**BROWARD COUNTY SHERIFF**
**GREGORY TONY,** *et al.*,

Defendants.
_________________________________/

**ORDER GRANTING**
**PLAINTIFF'S MOTION TO CONTINUE TRIAL [ECF NO. 123]**

**THIS CAUSE** is before the Court on the Plaintiff, Jennifer Heath Box's, Unopposed Motion to Continue Trial Date, filed September 8, 2026 [ECF No. 123 (the "Motion")].

THE COURT has reviewed the Motion and the pertinent portions of the record and is otherwise fully advised. This matter is presently for a Jury Trial during the Court's two-week trial calendar beginning on November 30, 2026, with a Calendar Call set for November 25, 2026. *See* ECF No. 81. The parties' joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, proposed jury instructions, and verdict forms are due by November 6, 2026, while the deadline to file motions *in limine* is October 16, 2026. *Id.*

"The District Court has broad discretion to stay proceedings as incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997) (citation omitted); *see also Johnson v. Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001) ("[W]e accord district courts broad discretion over the management of pre-trial activities, including discovery and scheduling." (alteration added; citations omitted)).

Here, Plaintiff requests a trial continuance because lead counsel is going on parental leave for ten weeks starting on November 2, 2026. Plaintiff's lead counsel will be sole caregiver and cannot travel or otherwise participate in the trial during that ten-week span.

Although it is not clear why this was not brought to the Court's attention earlier at the time the parties appeared before the undersigned for the scheduling of this matter, in light of the posture of the instant action, upcoming pre-trial deadlines, and noting that the relief is unopposed, this Court finds good cause for an extension of the trial period and accompanying deadlines until Plaintiff's counsel returns from parental leave.

Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 123]** is **GRANTED IN PART**.

This matter is **RESET** for a **Jury Trial** during the Court's two-week trial calendar beginning **January 25, 2027**. Counsel for all parties shall also appear at a **Calendar Call at 1:30 p.m. on January 20, 2027**. The trial and calendar call will be held at the United States Federal Building and Courthouse, 299 East Broward Boulevard, Courtroom 205C, Fort Lauderdale, Florida 33301.[1]

The parties shall adhere to the following amended schedule:

**December 4, 2026**. The parties shall file any motions *in limine*.

**December 18, 2026**. The parties shall submit a joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, and proposed jury instructions and verdict form or proposed findings of fact and conclusions of law, as applicable.

[1] If the Parties prefer, they may file a joint motion requesting that the trial and all other proceedings be held in Miami, Florida. Absent agreement of all parties, the proceedings will remain in Fort Lauderdale.

Any deadlines that have already passed or expired shall remain as such, and all other procedures set forth in the Court's prior Scheduling Orders [ECF Nos. 40, 54, 58, 81], including the referral to the Magistrate Judge, remain in full force and effect.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 17th day of September, 2026.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record